

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00696-CV

**IN RE** YESSICA YAZMIN **GARCIA**

Original Proceeding[1]

PER CURIAM

Sitting:     Adrian A. Spears II, Justice
H. Todd McCray, Justice
Velia J. Meza, Justice

Delivered and Filed: January 21, 2026

PETITION FOR WRIT OF MANDAMUS DENIED

On October 31, 2025, relator filed a motion for temporary relief requesting a stay of the underlying proceedings pending filing of the petition for writ of mandamus. On December 17, 2025, relator filed a petition for a writ of mandamus. After considering the petition, the court concludes relator is not entitled to the relief sought and relief should be denied. *See* TEX R. APP. P. 52.8(a). Accordingly, the petition for writ of mandamus is denied. Relator's motion for temporary relief is denied as moot.

PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022-CI-22760, styled *Yessica Yazmin Garcia v. Jacob Rodriguez*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales presiding.